**David M. SIMMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46786.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of post-conviction motion under Rule 24.035 for untimely filing.

Judgment affirmed. Rule 84.16(b).

■

**Arthur PASHOS, Respondent,**

v.

**James G. BUCY, M.D., Appellant.**

**No. 62034.**

Missouri Court of Appeals,
Eastern District.
Division One.

Feb. 23, 1993.

Morris E. Stokes, Clayton, for appellant.

Charles E. Foehner, II, Philip Louis Willman, St. Louis, for respondent.

ORDER

PER CURIAM.

Defendant James Bucy, M.D. (Doctor), appeals from the trial court's order granting Plaintiff Arthur Pashos (Patient) a vol-untary dismissal without prejudice in his suit against Doctor. Doctor also appeals the trial judge's order setting aside sanctions imposed on Patient. We affirm per Rule 84.16(b). The trial judge did not abuse his discretion and no error of law appears. An extended opinion would have no precedential value. We have furnished the parties with a memorandum for their information only.

■

**Ernestine & Charles POINER,
Plaintiffs/Respondents,**

v.

**SHIRLEY LIQUOR STORES, INC., Charles M. Hinkle, R.A., & Charles M. Hinkle, Defendants/Respondents.**

**No. 61987.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 23, 1993.

Michael R. Gibbons, Christian Stiegemeyer, Kirkwood, for appellant.

Respondent, pro se.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant, whose property had been levied upon, appeals from an order denying his motion to quash execution. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).